## VERIFICATION

I, Jennifer Babaie, am over the age of 18, and capable of making this declaration. I declare as follows:

1. I am the Director of Advocacy and Legal Services for Las Americas Immigrant Advocacy Center, the Plaintiff in this lawsuit.

2. I have reviewed the foregoing complaint and know the contents thereof. I have personal knowledge of the information presented in the complaint, and if called on to testify I would competently testify as to the matters stated herein.

3. This declaration is made pursuant to 28 USC § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024 in Brooklyn, New York.

_____
Jennifer Babaie
Director of Advocacy and Legal Services
Las Americas Immigrant Advocacy Center

1