UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS – EL PASO DIVISION

| | |
|---|---|
| Las Americas Immigration Advocacy Center, *Plaintiff*, v. W. KENNETH PAXTON, in his official capacity as Attorney General of Texas, *Defendants*. | Civil Action No. 3:24-cv-00352 |

**DEFENDANT W. KENNETH PAXTON'S RESPONSE TO PLAINTIFF'S STATUS REPORT**

There is no live controversy. In fact, there ***never*** was. *See Google, Inc. v. Hood*, 822 F.3d 212, 224-25 (5th Cir. 2016) (holding that a pre-enforcement challenge to a state's non-self-executing subpoena is not ripe for review).

Nonetheless, Las Americas asked the Court to intervene. But its complaint and request for emergency relief were based on multiple verifiably false statements. And it now relies on many of those same statements in its Status Report to argue the case is not moot. Pursuant to Rule 11(c), the Office of the Attorney General intends to file a motion regarding those statements on October 31, 2024.

Dated: October 22, 2024

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

JOHNATHAN STONE
Division Chief, Consumer Protection Division


*/s/ Rob Farquharson*
ROB FARQUHARSON
Assistant Attorney General
State Bar No. 24100550
Office of the Attorney General of Texas
Consumer Protection Division
300 W. 15th St.
Austin, Texas 78701
Phone: (214) 290-8811
Fax: (214) 969-7615
Rob.Farquharson@oag.texas.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of October 2024, a copy of the foregoing document was filed using the Court's Electronic Case Filing System and served on all counsel of record that receive electronic notices of filing from that system by email.

                                        */s/ Rob Farquharson*
                                        ROB FARQUHARSON
                                        Assistant Attorney General