UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-24-CV-00352-DCG |
| KEN PAXTON, *in his official capacity as Attorney General of Texas*, | § § § § | |
| *Defendant*. | § § | |

### ORDER GRANTING EXTENSION MOTION IN PART

Plaintiff has moved to:

(1) extend its deadline to respond to Defendant's Motion to Dismiss to December 23, 2024; and

(2) extend Defendant's deadline to file a reply in support of his Motion to Dismiss to January 13, 2025 (*i.e.*, 21 days after December 23, 2024).[1]

Defendant doesn't oppose Plaintiff's request.[2]

While the Court is happy to extend the parties' briefing deadlines, the courthouse will be closed on December 23, 2024.[3] Thus, rather than extending the response deadline to December 23, 2024 as Plaintiff requests, the Court will extend the deadline to the first day the Court will be

---

[1] Extension Mot., ECF No. 23, at 3.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *Id.* at 2, 4.

[3] *See* Order (W.D. Tex. Sept. 24, 2024).

open that week (December 26, 2024).[4]  Likewise, the Court will extend Defendant's reply deadline to January 16, 2025 to give Defendant a full 21 days to draft his brief.

The Court therefore **GRANTS** "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss" (ECF No. 23) **IN PART**.

The Court **EXTENDS** Plaintiff's deadline to respond to "Defendant W. Kenneth Paxton's Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) and Brief in Support" (ECF No. 21) to **December 26, 2024**.

The Court likewise **EXTENDS** Defendant's deadline to file a reply in support of his Motion to Dismiss to **January 16, 2025**.

**So ORDERED and SIGNED this 3rd day of December 2024.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[4] *See* FED. R. CIV. P. 6(a)(3) ("[I]f the clerk's office is inaccessible . . . on the last day for filing [a document], then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday . . . .").